**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                               No. 4:09CR00133 JLH

EDGAR KEATON MARTIN

### ORDER

The United States has filed a response to Edgar Keaton Martin's motion pursuant to 28 U.S.C. § 2255 to vacate or set aside his conviction. If Martin wishes to reply, he must do so on or before May 5, 2014.

IT IS SO ORDERED this 7th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE