**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.  No. 4:09CR00133 JLH

EDGAR KEATON MARTIN

**ORDER**

Edgar Keaton Martin has filed three motions requesting the Court to order his former lawyer, David Cannon, to provide Martin certain documents that Martins says are in Cannon's possession. He has also filed two motions asking the Court to order the prosecutor, Stephanie Mazzanti, to provide Martin with certain documents that Martin says are in Mazzanti's possession.

Cannon represented Martin at the inception of this action, but Martin has since given notice that he was terminating the attorney/client relationship with Cannon and would proceed *pro se*. Cannon's obligations to Martin under these circumstances are governed by Arkansas Rule of Professional Conduct 1.16(d), which provides that upon termination of representation a lawyer must surrender papers and property to which the client is entitled. If he has not done so already, Cannon must surrender to Martin the papers and property to which he is entitled within fourteen days from the entry of this Order and must file a certificate stating that he has complied with this requirement. The Clerk is directed to send a copy of this Order to David Cannon. To this extent, Martin's motions regarding documents possessed by David Cannon are granted. Documents #127, #129, and #135.

Rule 6(a) of the Rules Governing Section 2255 Proceedings provides that a judge may, for good cause, authorize a party to conduct discovery. Rule 6(b) provides that a party requesting discovery must provide reasons for the request. Martin's motion requesting documents from the

prosecutor does not state any reasons for the request. Therefore, those motions are denied. Documents #128 and #134.

The time within which Martin must reply to the government's response to his section 2255 motion is extended up to and including June 5, 2014.

IT IS SO ORDERED this 16th day of April, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE