**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              No. 4:09CR00133 JLH

EDGAR KEATON MARTIN

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Edgar Keaton Martin's motion and supplemental motion for habeas relief pursuant to 28 U.S.C. § 2255 are DENIED. Because Martin has not made a substantial showing that he was denied a constitutional right, no certificate of appealability will be issued.

IT IS SO ORDERED this 27th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE