IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                  No. 4:09CR00133 JLH

EDGAR KEATON MARTIN

**ORDER**

Edgar Keaton Martin's motion for reconsideration is denied. Document #152.

IT IS SO ORDERED this 16th day of July, 2014.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE