# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                      NO. 4:09CR00133-JLH

EDGAR KEATON MARTIN                                                                 DEFENDANT

## ORDER

    Edgar Keaton Martin's motion to hold his section 2255 petition in abeyance is GRANTED. Document #171.  The petition is held in abeyance pending a decision by the United States Court of Appeals for the Eighth Circuit as to whether Martin will be permitted to file a second or successive petition.  The Court directs Martin's attorney to notify this Court promptly after receiving a decision from the Eighth Circuit.

    IT IS SO ORDERED this 30th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE